I would ask the clerk to call the case It's my understanding Mr. Winters I'm gonna ask you to come up and start your argument but before I do that Mr. Valus it's my understanding that you were not going to be arguing that's correct? Correct. Thank you. Please step forward Mr. Winters. May it please the court. I am John David Winters of Winters Family Law LLP. I represent the appellant respondent Elena Lyons and her appeal of the trial court's February 14 order and the subsequent May 27 denial by the trial court of Ms. Lyons' motion for Ms. Lyons and the appellee petitioner Thomas Valus were married in 2010 they had two children a girl now 12 years of age I think and she is in seventh grade and a boy now eight years of age and he is currently I think in the third grade by all accounts the minor children are doing fine and there are no as I understand it currently pending disputes between the parties other than this on this vaccination issue the parties divorced in 2018 and the party's allocation judgment was entered by the trial court in December of 2017 the parties agreed and the trial court found and ordered that both parties Ms. Lyons and Mr. Valus were fit parents and that both parents would jointly make decisions for the minor children on all issues including health decisions this matters before the court because the parties could not agree regarding whether their minor children would receive school-required vaccinations going forward Mr. Valus wanted the children to receive quote presently required school vaccinations and Ms. Lyons objected on religious grounds in 2021 Mr. Valus asked the trial court to modify the allocation judgment essentially for quote current situations so that he be given I think sole decision-making authority on the issue of school-required vaccinations there were other issues in dispute at the time the parties went to mediation they were able to resolve every issue except the vaccination issue there was a hearing on the vaccination issue on February 14 2021 Mr. Valus presented three witnesses the parties here and a GAL Mr. Sean McCumber at the close of Mr. Valus's Ms. Lyons called no witnesses herself the court issued its decision on the same day holding for Mr. Valus but the court did not give Mr. Valus precisely what he requested the court said it was quote not making a decision to modify the parental responsibilities nor to modify the allocation parenting agreement but instead ordered that the child children quote shall receive presently required school vaccinations I want to start off by talking about what this case is not about appeal this case is not about whether or not vaccinations are a good idea in general this is a hotly contested issue in our society today as everyone knows it's a contested issue with respect to whether minor children receive vaccinations and there's some strong opinions on both sides but this case is not about the legitimacy or the advisability of vaccinations this case is really about it arises in the post decree context where there is already an that the parents will handle these kinds of issues jointly the issue presented to this court is this if the parents cannot agree on a health-related issue for their minor children and one parent seeks court intervention what should be that parents burden what should they have to prove to the trial court if that parent wants to put the trial court in a position where it can make an informed decision where the parties can't agree on health related decisions for their minor children what does the trial what does the law require of that petitioning party to show so that the trial court can step in and make the call for what's in the best interest of those minor children so that's the issue what is the petitioning parties at the trial of petitioning parties and was it met here we contended the burden was neither properly identified respectfully by the trial court nor was it satisfied in this case so what is the mechanism for resolving that I've seen said that they went to mediation but after mediation I've looked through the pairing agreement that was set in December of 2017 there doesn't seem to be a mechanism in place unless I'm missing something I think there is a mechanism and the mechanism is set forth where they were first of all required to go to mediation and then there's a provision that says that they can go to trial court and ask the trial court to resolve it if mediation is unsuccessful which is what they did yes that's exactly you think that that was appropriate I think it was appropriate that they went to mediation and I think that it was appropriate that they only went to trial after the mediation failed and you intend that it was petition to modify the burden that you're talking about right now if if we're going to put a burden on the petitioner how do we respond to your honor's first point and that was so the first thing I want to respond to is that mr. that is actually in his motion which is in the record actually requested modification of the allocation judgment so that's the relief that he sought before the allocation judgment I think the court understood that the court just ruled that it was not going to modify and discussion just because the court says I'm not modifying us as a reviewing court don't we just look at what substantively happened and whether no matter what the judge calls it we can call it whatever we want if we decide that it was a modification true justice Peterson I think that's dead on it's a question of law what was the February 14 order I do think actually the court can't really resolve this issue unless it first figures that question out what was this order was this order an order modifying the allocation judgment or was it as I have also contended and I think our position is what this order was was something in the nature of injunctive relief but before I move on judge how do I wanted to address the second half of your question I think you had two prongs and I apologize forgot the second problem if there was no mechanism why determine what's in the best interest of the child if the parents cannot make the decision between the two of them because the law is if you're filing a petition so I think there's only two things this order could be so either an injunction or a petition to modify the allocation judgment because there was already an agreement and an order saying you guys are going to figure out jointly that is the parties are going to figure out jointly all matters related to children's health so if you want that to be modified so that it says but on this one issue sole decision-making authority will rest with the petitioning parent if you want to do that the mechanism isn't set forth in the allocation judgment mechanism is set by law the burden is placed on a person asking for a modification of the allocation judgment that they have to prove by proponents of the evidence do things one that there was a substantial change of circumstances and two that the requested modification is in the best interest of the minor children so that is actually set out in the law a law actually sets that out pretty clearly now if the court were to determine that the February 14 order did not modify the allocation agreement which is you basically be taking the trial court in its word there because that's what the trial court said if you were to take the trial court at its word and say okay this is not an order modifying the allocation judgment what is it and I think the answer is clear I think the case is and I cited in my in our brief the case says you've got to look at the substance of the order like Justice Peterson said what is it what does it do you know how does it how does this operate an injunction a lot of courts answer this question in the context of determining whether there's jurisdiction it rises a lot when somebody appeals an injunction or an order that the parties call an injunction and so this there's a good body of jurisprudence that gives the courts and guidance and the standard is is the court ordering somebody to do something or is the court ordering somebody to refrain from doing something and I think that the the fairest interpretation of the February 14 order is that it is clearly both compelling two parties to do something and compelling one party or two parties to restrain from interfering right so this is not like a permissive order this isn't one where oh you can do something there was one case for example where in pre decree situation a party was given permission to take some of the marital assets and purchase a house for herself and her children and the court said that's not an injunction that's just allowing her to do something. Counsel in family law cases involving children isn't most of the issues dealt with and orders all the time every day in every family law or entered you could be making a sermon that they're all injunctions who's going to transport the children ordering them to take them to counsel ordering them to go to health care these are all parts of application judgments all the time and they've never been designated an injunction in that context most of a parenting order is you could argue this you could call them injunctions because they're ordering the parties to do certain things and not do certain other things so what would make this any different than the hundreds or thousands of these that any family law judge has seen just deals with one issue of the many in that commonly arise in it's true that in family law courts all the time people come in and they ask for temporary relief okay we can't decide who's going to pick up and take the kids to school we're in the middle of trying to get divorced we're going to ask at some point for the court to make a final determination on all these issues which it does pursuant to its statutory authority but in this circumstance we have an allocation order so there has been an allocation order entered basically ordering the parties to jointly decide all issues and the remedies that Justice Peterson decided and it's totally true all over the state courts are issuing orders they do so pursuant to 501A 501A3 it's usually a request for temporary assistance and for example I think there's a provision that says other temporary relief which is available and remember I just mentioned the case where I was talking about how a court ordered and I'll give you the presentation for this before I close where a court basically said you know gave permission to a wife to take some money out of the marital estate and said well we'll figure this out later whether or not you're going to get to keep all that or you're going to have to true it up right the court said you know what that wasn't an injunction because it was issued under the 501A3 standard other temporary relief why isn't this that because this is not temporary this is a final order and it you can't unring this bell this is an order that the vaccination is not a postal property issue to an allocation issue those are apples and oranges what I mean to say is that there's already been an order about how these decisions should be decided there is no that doesn't that does not cover this situation you know your honor I think it does and the reason I think it does is because they broadly said all health decisions there's no way that the parties could say okay if we can't agree on whether the kids should get aspirin we're gonna we're gonna you know check that box you can't put all those scenarios into an allocation judgment but I do think the court but I do think the parties in the court said look if it's any kind of health decision any kind of health decision whatsoever here's how it's going to be resolved right so I think it actually was covered in the allocation judgment and by the way and isn't it true that up until the allocation judgment was entered all the evidence is that the children were getting their vaccinations persistently and that this is the stopping occurred after that so if you're saying that the allocation judgment dictates what should happen and you incorporate pattern that had happened until it was entered then wouldn't that dictate if we're not buy into your argument that the allocation judgment there we got to follow it if they were doing one thing persistently all the way up until the judgment was entered and it isn't quite the language and you say no this is gonna be what we know and let me explain I would quibble with one thing that he said and that was that they were getting all the vaccinations the son according to the evidence only received two vaccinations I'm a parent our kid got a lot more than two and the first stop though while they were still together he got those vaccinations and after the separation as I understand it is when and then he later just finds out when the school year starts that the son has not been so this is relevant to the issue of whether or not mr. valves proved a substantial change in circumstances and and the judge said well what about all those vaccinations that took place before the AJ those can't be considered by law under the statute you can only consider events that occurred after the judgment making a determination that's in the statute directly in the statute and the second thing is these what are the things when you make a contract or when you issue an order you don't want people coming into court saying hey you know I know that this is what the allocation judgment said but what about these other agreements we have what about those these parties agreed and the court ordered that all prior agreements and understandings were superseded by the whatever was set forth in the allocation judgment and these parties knew how to identify something that was really important to them as they did with the provision that the children absolutely must be raised in the Christian faith they said oh we're gonna have we're gonna share all jointly make religion but but they put it in the allocation judgment if it was important to them and vaccination was not as important to them as this issue the children would be raised in religious faith and I see I don't have a little bit of time but I want to close with a bit of a thought exercise it's a little unconventional but one of my arguments is that it's in the best interest of the children that the court that mr. valance did not prove that it was in the best interest of the children the courts finding was an error I recognize that you can read a lot of cases and before you run into a case where an appellate court overturns a best interest determination by trial court the standard is significant but I ask you this much if a friend two people who are a couple who divorced we're having a hard time agreeing with them to vaccinate their children and they came to you personally and said we can't stop we want you to decide in the unlikely circumstance that you said okay I'll do that right you would only do it if you thought you had to do you might say to have an agreement that you're going to work this out did you mind if I finish my point go ahead justice sure and in likely event that you said okay I'll do that you would probably only do it if you said well don't you guys have an agreement that you'll figure everything out by yourself they better have a good reason why they need you to do it let's say you agreed to do it what information would you want if you were asked to make that determination I think I know my first thing is well give me the pediatricians number before I say this is okay I want to know the children's health conditions I want to know a parent's health conditions have they ever had a reaction to a vaccine I had a reaction to MMR I tell my doctors for my children the same thing when whenever it's time for my own children you would want all that information because without that information there's no way you could figure out what's best for the children and that's our essential point that the court didn't have the information that it needed by law and I just gave you that everyday real-world example because I think it really illustrates these legal principles and I don't think anybody should make that determination for those two friends without knowing that health history without knowing things that this court did not know and I'm not going to make an inference about whether the kids for example have an allergy to eggs or anything like that the rest of our arguments are put forth in our brief I wish I had more time to thank you for your time just a good I have a couple of questions that I wanted to ask mr. Martin I'm sorry yes I have a couple of questions that I wanted to ask you it says then the briefs that ms. Lyons had gotten a religious exemption for is it TV is that the only one she got it for did she consult mr. Valis before she did that but is there any she did submit those to the school Willow Creek Elementary at some point in time and Illinois law recognizes that if a parent signs one of those exemption forms they they are entitled to keep the child out of school is that a health issue and was that miss Lyons required to talk to mr. Valis about it before she did it I do know that the parties were have been engaging so this issue was first raised in 2020 and the parties went to mediation on the issue in 2020 mr. Valis filed his motion seeking relief from the court in 2021 right and so what happened was I think there was a long period of time where the parties were still conferring about this I am not aware I must be candid I'm not aware of whether or not miss Valis thought mr. Lyons mr. mr. I'm not aware of whether ms. Lyons thought mr. Valis was in conference with that but that's what we're here for that's why we went to the court that's why this issue was being adjudicated before the court both parties were seeking resolution of this disagreement I want to clarify something because we drifted into this whole health care discussion and I appreciate the question by Justice McVeigh but you made very clear in your brief this decision was had nothing to do with health care it was entirely about religion that was in your brief you took that position correct which brief you're on your there are so many briefs so I certainly understand why it would get hard to track them all I sometimes have a hard time tracking them all but in our primary brief our arguments are as follows that mr. Valis didn't maintain his didn't sustain his burden to show a substantial change of circumstances didn't approve best interests we also said that the court's order on a directive verdict was erroneous and that the court improperly relied on evidence that the GAO had reviewed out-of-court magazines there was nothing about the only thing being religious this is what I will say your honor at the trial level definitely the only this line didn't put on any witnesses that was her decision the directive verdict was denied and I think probably to preserve right in order to preserve the objection on a directive verdict motion so she didn't put the woman at the trial level that she made it clear her basis with religion and nothing to do with health care unless my memory is completely I'm making that up clarification at the trial court level miss Valis only indicated the religious objection and that the trial court found that the trial court said look you're only objection so I think it's a fine line even then how are we to review any health care decision if your client narrowed the issue specifically at the trial level we can't then judge us a side issue that wasn't even raised it's not a side issue it is the issue the question is not is for religious objection about the question is did she did he carry his burden to show a change of circumstances and best interest I agree with that that's the that's the burden and so let's I agree if you read the record you get the view that what the court was deciding is the validity of her religious objection that when you read the record that's not what it should have been the issue should have been did you carry your burden to show change of circumstances did you carry your burden to show the best interest that's opposition so one last question for me what is it that you're asking this court to do I'm asking this court to reverse the February 14th order because I think it was entered in there and where does that leave the party I think that leaves the parties in a situation where mr. Valis if he still wants vaccinations can probably come back to the court if he can show evidence that shows a change in circumstances here are some examples as opposed to this purported change of position which I don't think it was legally well I don't need you to do the reversal or any other question yeah I I do but I think it's probably too involved at this point to ask I read the statute differently because the question of vaccination was not ever one that was anticipated by the parties the children had been vaccinated and it just was not anticipated and it seems to me that the statute says that in that circumstance what the trial court looks at is not a substantial change in circumstance but rather looks at what's in the best interest of the children only and that that's the issue that we have to decide my first response to that is that's fine because I still think that the determination if you're reading your honor was correct I still think the determination that was invested to the children's of Romney's but I actually don't think it's true that in this case you can conclude that the issues of vaccination was not anticipated by the parties in the allocation judgment I don't think that so first of all if you could consider the facts prior to the you wouldn't come away with the conclusion that the fact that the Sun had two vaccinations means that they're okay with all vaccinations mr. Bala should have presented evidence about I think well they had to and that was all that the doctor recommended but that's not true and if you you know children are required and recommended to have a lot more than two so I don't actually think it's a fair inference if you could consider it and I don't think you can that the Sun had two vaccinations at birth and that's it means that they agreed on vaccination but I also think that this issue about well was vaccination anticipated the court actually sort of said look there's no vaccination is nowhere mentioned and held that against my client it could easily go the other way could easily have gone the other way you could have easily said it wasn't a big deal to them and yes they did anticipate it they thought about the thing it wasn't a big deal to them as big enough to deal as for example raising your child just as mcdade you believe that your questions been answered yes thank you and thank you counsel thank you thank you mr. Bell's mr. bells I'm not going to allow you to do that because you would waive argument before I have been sitting here watching I can tell exactly what objections you had to these statements that were made we are confined to what's in the record and we will scour the record to make sure that the facts that are in the record are the facts that we used to make our determination so I know I understand that you had an answer I could tell by your head shaking that you had an answer to a question that council could not answer unfortunately unlike the trial court I don't have the discretion to have several other arguments left this afternoon so I appreciate that the situation that you're in and it would have been handled differently if I were in my former position I can tell you that but rest assured that we will go through the record to make sure that the questions that can be answered by it will be answered by thank you we're going to take the case under advisement and an opinion will be issued